Fraccola v 1st Choice Realty, Inc. (2025 NY Slip Op 00566)

Fraccola v 1st Choice Realty, Inc.

2025 NY Slip Op 00566

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND KEANE, JJ.

859 CA 24-00703

[*1]ALBERT G. FRACCOLA, JR., PLAINTIFF-APPELLANT,
v
1ST CHOICE REALTY, INC., ET AL., DEFENDANTS, AND HONORABLE RANDAL B. CALDWELL, DEFENDANT-RESPONDENT. 

ALBERT G. FRACCOLA, JR., PLAINTIFF-APPELLANT PRO SE. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (ALEXANDRIA TWINEM OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Mark R. Rose, J.), entered October 26, 2023. The order, among other things, granted the motion of defendant Honorable Randal B. Caldwell to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed with costs.
Memorandum: Plaintiff, pro se, appeals from an order that, inter alia, granted the motion of the Honorable Randal B. Caldwell (defendant) to dismiss plaintiff's complaint against him and dismissed the complaint in its entirety. We affirm.
Contrary to plaintiff's contention, Supreme Court properly granted defendant's motion and dismissed the complaint. This action is based on subject matter concerning a 2005 stipulation by which plaintiff agreed to settle various lawsuits. As we have previously noted, "courts have issued at least three prior orders prohibiting [plaintiff] from commencing actions based on the subject matter of the 2005 stipulation without prior leave of court" and, here, plaintiff's complaint was filed without leave of court (Fraccola v 1st Choice Realty, Inc., 206 AD3d 1649, 1650 [4th Dept 2022], appeal dismissed 38 NY3d 1155 [2022]; see also Fraccola v 1st Choice Realty, Inc., 224 AD3d 1227, 1228 [4th Dept 2024]). In light of our determination, we need not address plaintiff's remaining contentions.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court